# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:02CR65 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER TO DESTROY EVIDENCE** |
| | ) | |
| LAURA LYNN GROCE | ) | |
| PAMELA MICHELLE SCHOLES | ) | |

**THIS MATTER** is before the Court upon the Government's motion for destruction of evidence in the above-captioned case.

For the reasons stated in the Government's motion and it appearing all avenues of appellate review have been exhausted or eliminated by the passage of time,

**IT IS, THEREFORE, ORDERED** that the Government's motion to destroy evidence is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the firearm consisting of a .22 Long Rifle Revolver, RG-14, serial number 393963, now in the possession of the Federal Bureau of Investigation, be destroyed according to law.

Signed: February 16, 2006

Lacy H. Thornburg
United States District Judge